UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023
```

ENVIVO, LLC,

               Plaintiff,

         -against-

SERMON 3 RECORDINGS LLC and DOES 1–10,

              Defendants.

1:23-cv-03279-MKV

**ORDER GRANTING
DEFAULT JUDGMENT**

MARY KAY VYSKOCIL, United States District Judge:

On December 18, 2023, the Court held a hearing on Plaintiff's motion for default judgment as to Defendant Sermon 3 Recordings LLC.[1]  [ECF No. 21].  Upon careful review of Plaintiff's application and the materials submitted in support, for the reasons explained on the record at that hearing and as further detailed in this Order, the Court GRANTS Plaintiff's motion for default judgment.

Accordingly, IT IS HEREBY ORDERED that judgment by default be entered in favor of Plaintiff and against Defendant Sermon 3 Recordings LLC as follows:

1. Statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $12,000.00 for the infringement of Plaintiff's copyrighted work;

2. Statutory damages, pursuant to 17 U.S.C. § 1203(c)(3)(B), in the amount of $5,000.00 for the removal of Plaintiff's copyright management information;

3. Attorneys' fees, pursuant to 17 U.S.C. §§ 505, 1203(b)(5), in the amount of $5,915.00;

4. Reasonable costs and expenses, pursuant to 17 U.S.C. §§ 505, 1203(b)(4), in the amount of $727.00; and,

---

[1] On December 18, 2023, Plaintiff voluntarily dismissed the remaining Defendants in this case.  [ECF No. 36].

5. Post-judgment interest, pursuant to 28 U.S.C. § 1961, from the date of this judgment until payment.

The Clerk of Court respectfully is requested to terminate the motions pending at ECF Nos. 15 and 21 and to close the case.

**SO ORDERED.**

Date:   **December 19, 2023**
         **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**